# Fourth Court of Appeals
## San Antonio, Texas


November 18, 2016

No. 04-16-00595-CV

Jonathan T. **DRUMMOND**,
Appellant

v.

Deanna Lynn **DRUMMOND**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-09881
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The trial court signed a final order of divorce on June 20, 2016. Appellant timely filed a notice of appeal and post-judgment motions that extended the trial court's plenary power until October 3, 2016. *See* TEX. R. CIV. P. 306a, 329b(e); *Lane Bank Equip. Co. v. Smith S. Equip., Inc.*, 10 S.W.3d 308, 310 (Tex. 2000).

On October 3, 2016, the trial court signed an "Order Modifying Decree of Divorce." When the trial court signed the October 3, 2016 order, the appellate deadlines were reset. *See Lane Bank*, 10 S.W.3d at 313 ("Rule 329b(h) provides that '[i]f a judgment is modified, corrected or reformed *in any respect*' the appellate timetable runs from the date of the new judgment.").

Appellant filed a "Second Amended Notice of Appeal" on November 2, 2016; the notice of appeal was timely. *See* TEX. R. APP. P. 26.1; *Lane Bank*, 10 S.W.3d at 313.

On November 9, 2016, Appellant filed a motion to abate the appeal or to extend the time to file Appellant's brief until thirty days after the appellate record is complete. Because the appellate timetable runs from October 3, 2016, the appellate record is due on December 2, 2016, *see* TEX. R. APP. P. 35.1, and Appellant's brief is due thirty days after the appellate record is complete, *see id.* R. 38.6(a).

Appellant's motion is MOOT.

_Patricia O. Alvarez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.



Keith E. Hottle
Clerk of Court